**A True Copy**
**Certified order issued Oct 29, 2025**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 29, 2025
Lyle W. Cayce
Clerk

No. 25-50431

---

JACOB BARRERAS,

*Plaintiff—Appellant,*

versus

TEXAS DEPARTMENT OF INSURANCE,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:24-CV-303

_____

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of October 29, 2025, for want of prosecution. The appellant failed to timely file the brief.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT